**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 18 C 5220 |
| | ) | |
| vs. | ) | Judge Blakey |
| | ) | Magistrate Judge Gilbert |
| FAMILY PHYSICIANS INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff, Able Home Health, LLC, respectfully requests that this Court enter default judgment in the amount of $1,500.00 in statutory damages for the plaintiff, plus $4,283.75 in attorney's fees and $460.00 in costs of suit against defendant Family Physicians, Inc. In support thereof, plaintiff states:

1.     On September 13, 2018, this Court entered an order granting plaintiff's oral motion for entry of default. (*Dkt. No. 13*)  Plaintiff now needs to prove up it's damages and attorney's fees and costs.

2.     Plaintiff files the accompanying memorandum in support of its request for damages, attorney's fees and costs.

3.     In its memorandum, plaintiff respectfully requests an award of $1,500.00 in statutory damages, $4,283.75 in attorney's fees and $460.00 in costs of suit.  Additionally, plaintiff requests that the Court enter an order enjoining defendant Family Physicians, Inc. from

further transmitting unsolicited facsimile advertisements into the state of Illinois to plaintiff.

WHEREFORE, plaintiff respectfully requests entry of a default judgment against defendant Family Physicians, Inc., and in Plaintiff's favor in the amount of $1,500.00 in statutory damages, plus $4,283.75 in attorney's fees and $460.00 in costs of suit.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Heather Kolbus, certify that on October 4, 2018, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF system, and to be served via U.S. Mail on the following:

Family Physicians, Inc.
c/o Abdul Moghni, Registered Agent
5901 N. Cicero Ave., Suite 600
Chicago, IL 60646

s/ Heather Kolbus
Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)