UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Able Home Health, LLC
                              Plaintiff,

v.                                                Case No.: 1:18−cv−05220
                                                  Honorable John Robert Blakey

Family Physicians Inc., et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 11, 2018:

  MINUTE entry before the Honorable John Robert Blakey: Motion hearing held. Defendants having failed to appear or defend, Plaintiff having proven its damages and costs in support of Plaintiff's Motion for Entry of Default, all parties having notice and the Court being fully advised in its premises, the Court hereby grants Plaintiff's motion for default judgment [15]. The Clerk is directed to enter default judgment against Defendant Family Physicians Inc. and in favor of Plaintiff Able Home Health, LLC in the amount of $6,243.75. This amount includes $1,500.00 in statutory damages, $4,283.75 in attorney's fees, and $460.00 in costs of suit. Additionally, Defendant Family Physicians Inc. is enjoined from further sending unsolicited facsimile advertisements in the state of Illinois to Plaintiff Able Home Health, LLC. Plaintiff's individual claims against John Does 1−10 are dismissed without prejudice and without costs under Federal Rule of Civil Procedure 41(a). Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.